3:22-cv-1361-MMH-MCR

RECEPTION AND MEDICAL CENTER
DATE: 12-8-22
INMATE INITIALS: MS

Original Copy of 2.                                December 8, 2022

STATE OF FLORIDA               United States District Court
County of UNION                Middle District of Florida
                               Office of The Clerk
                               300 N. Hogan Street, Ste 9-150
                               Jacksonville, Florida
                                         32202-4271

                               (RE: SUICIDAL - Obstruction
                                    of Justice).

            SWORN Affidavit

FILED 2022 DEC 12 AM 11:37 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

ATTN: Clerk of Court,
After Repeatedly Experiencing MAIL CARRIER DEBRA E. Burch, Obstructing of Justice With my Legal And Privilege Mail For officers And Other Staff of This Institution, A.K. Box, Refusing To Acknowledge or Respond To Grievances Since 11/15/22 For The Same Reasons, And This Warden And Asst. Warden Evidently Has To Know Whats Going On, I Feel Helplessly Suicidal As Reported To Mental Health Staff.

① ON 11/15/22 I Submitted A 1983 Civil Complaint To D. Burch To be Mailed To The Northern District Court, Tallahassee FLORIDA. A Copy of That Complaint Forwarded ON Attorney JAMES V. Cook 11/28/22 And A Copy of The Motion For Appt. of Counselor ect. For To Attorney Cook 12/5/22 by Burch. Multiple pieces of Certified MAIL And Notarized MAIL Has Been Forwarded ON OTHER Attorneys And Entities Through Both Mail Carriers Debra E. Burch And Cheryl L. Elwood, Who Are Not ONLy Stamping These Documents pretending

1 oF 3

To forward some of them out, but others that are actually mailed out, re-opened and showed to Security, Primarily (Debra E. Burch,) which is what she did with the attached Affidavit To The Regional II office 12/5/22 Copy (2) of The Original Enclosed.

My Intentions Are to bring A Civil Complaint Against These Mail Carriers, yet, Administration Want Allow myself Responces To exhaust my remedies, K. Box, Grievance Cordinator "Fully" in Cahoots with these staff And others. No Grievance responce to anything Since 11-14-22. Not only is These Mail Carriers Not forwarding out Legal And Privalleged Mail "Some" They Are Withholding all incoming Emails from Family And other Correspondences envolved in Contacting People Concerning Whats going ON With these Staff revolving around myself.

②

I'm in the Mist of Bringing A Civil Action Against K. Box, C. Randolph, And B.D. Duncan, Violation of my 14th Amendment rights, CANT GET RESPONCES TO Exhoust my remedies to Come into this Court, As Well As Lt. FINCH Confinement Lt.

### CERTIFICATE OF SERVICE

I, ANDRE L. SHEFFIELD, Do Hereby Certify That A True And Correct Copy of This Sworn Affidavit HAS BEEN PLACED IN THE HANDS OF MAIL CARRIER DEBRA E. Burch, for Mailing To: United State District Court Middle District of Florida, office of The Clerk, 300 N. Hogan Street, Ste 9-150 JACKSONVILLE, FLORIDA 32202-4271 ON This 8th day of December 2022.

DATED: DECEMBER 8, 2022        *Andre Sheffield*
                                signature of Affiant

STATE OF FLORIDA
COUNTY OF UNION

SHORN TO OR AFFIRMED AND SIGNED before me on Dec. 8 2022
by Andre Sheffield

*Cheryl Elwood*
NOTARY PUBLIC        DEPUTY CLERK

Notary Public State of Florida
Cheryl L Elwood
My Commission GG 367848
Expires 09/29/2023

(PRINT, TYPE OR STAMP COMMISSIONED
NAME OF NOTARY OR CLERK).

___ Personally Known
✓ Produced Identification
Type of Identification Produced DC 116194

3 oF 3